DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-4071

[September 27, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. 73-67 CF10A.

James Thomas, Lauderhill, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and James J. Carney, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. Rogers v. State*, 42 Fla. L. Weekly D1493 (Fla. 4th DCA July 5, 2017).

GERBER, C.J., GROSS and MAY, JJ., concur.

\*		\*		\*

*Not final until disposition of timely filed motion for rehearing.*